When we affirm without an opinion, and without formally adopting the opinion below, it is not to be understood that the affirmance is on grounds substantially different from those taken below.

In case of such a difference, we should deem it proper to state the reasons for affirmance.

The motion should be denied, with $10 costs."

All concur.

Motion denied.

---

SQUIRES L. NEWBERRY, Appellant, *v.* DAVID ABRAHAMS, Respondent.

(Submitted December 19, 1884; decided January 20, 1885.)

*George Norris* and *Walter L. Beach* for appellant.

*A. Hershfield* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.

---

GEORGE HENCKEN, Jr., et al., Appellants, *v.* UNITED STATES LIFE INSURANCE COMPANY et al., Respondents.

(Argued December 19, 1884; decided January 20, 1885.)

DECIDED on the facts.

*W. I. Butler* for appellants.

*W. A. Ogden-Hegeman* for respondents.

RUGER, Ch. J., reads mem. for affirmance.

All concur.

Judgment affirmed.